UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT ALEXANDER GRIMSLEY,<br><br>  Plaintiff,<br><br>  v.<br><br>NIKE, INC., et al.,<br><br>  Defendants. | CASE NO. C23-1894<br><br>ORDER |

THIS MATTER is before the Court on pro se prisoner plaintiff Robert Grimsley's Motion for Relief under Rule 60, Dkt. 11. The Court adopted Magistrate Judge Michelle L. Peterson's R&R and dismissed this case without prejudice and without leave to amend, because he did not seek the Court's leave to proceed *in forma pauperis* and he did not pay the required filing fee. Dkt. 8.

Grimsley now seeks relief under Rule 60(b)(3), claiming that the dismissal was the result of "fraudulent representation and misconduct" by one or more of the 500 "adverse parties" he seeks to name. This assertion is wholly meritless; the Court's dismissal was based exclusively on Grimsley's failures, and it did not rely on any statement from any defendant. Indeed, there are no such statements in the record.

ORDER - 1

1  The motion for relief under Rule 60(b)(3) is **DENIED**. This case remains closed.

2  **IT IS SO ORDERED**.

3  Dated this 7th day of May, 2024.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2